IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LAWRENCE SCOTT,<br>an individual,<br><br>    Plaintiff,<br>v.<br><br>CALLIOPE SHOPPING CENTER, J.V.,<br>a Texas Joint Venture,<br><br>    Defendant.<br>_____ | )<br>)<br>)<br>)   Case No.: 4:21-cv-1471<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, LAWRENCE SCOTT, and Defendant, CALLIOPE SHOPPING CENTER, J.V., by and through their respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all counts and claims asserted in this matter with prejudice, with the parties to bear their own attorney's fees, costs, and expenses except as may otherwise be agreed to between the parties.

Dated: March 29, 2022

Respectfully submitted,                                    Respectfully submitted,

 /s/ Brian T. Ku                                 /s/ Eric C. Mettenbrink
Brian T. Ku                                                        Eric C. Mettenbrink
Attorney-in-charge                                         Attorney in Charge
S.D. TX No. 3424380                                       State Bar No. 24043819
Ku & Mussman, P.A.                                       Federal I.D. No. 569887
18501 Pines Boulevard, Ste 209-A              1415 Louisiana, 36th Floor
Pembroke Pines, FL 33029                            Houston, Texas 77002

| | |
|---|---|
| Tel: (305) 891-1322<br>Fax: (954) 686-3976<br>Brian@kumussman.com | Telephone: (713) 223-5181<br>Facsimile: (713) 223-9319<br>emettenbrink@hirschwest.com |

Louis I. Mussman, Esq.
S.D. TX No. 2274288
Ku & Mussman, P.A.
18501 Pines Boulevard, Suite 209-A
Pembroke Pines, Florida 33029
Telephone: (305) 891-1322
Facsimile: (954) 686-3976
Louis@kumussman.com

and

John K. Grubb, Esq.
Local Counsel
State Bar No. 08553500
2520 Robinhood, # 500
Houston, Texas 77005
Tel: (713) 702-1808
jgrubb@grubblegal.com

*Attorneys for Plaintiff*

*Attorney for Defendant*

**Field Code Changed**