United States District Court
Southern District of Texas
**ENTERED**
April 04, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LAWRENCE SCOTT, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:21-CV-01471 |
| § | |
| CALLIOPE SHOPPING CENTER, J.V., § | |
| § | |
| Defendant. § | |

### ORDER OF DISMISSAL

In accordance with the Stipulation of Dismissal filed March 29, 2022 (DOC # 21), this case is hereby DISMISSED without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Signed on April 4, 2022.

_____
Alfred H. Bennett
United States District Judge